# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

GARY RHINES                    :

    Petitioner         :    CIVIL ACTION NO. 3:19-1825

v.                             :    (JUDGE MANNION)

                                                                                        :

PA BD OF PROB ANDPAROLE,       :

    Respondents        :

                                                                                        :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DISMISSED**.

2. Petitioner's motion for a stay (Doc. 20) is **DENIED**.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

4. The Clerk of Court is directed to **CLOSE THIS CASE**.


*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 8, 2020**
19-1825-01