# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARY RHINES** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:19-1825 |
| v. | : | (JUDGE MANNION) |
| **PA. BD. OF PROBATION AND PAROLE** | : | |
| | : | |
| Respondents | : | |
| | : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** Petitioner's motion for relief from Judgment (Doc. 23), pursuant to Fed.R.Civ.P. 60(b)(3) is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: May 27, 2020**
19-1825-02